[No. 3067-1.   Division One.   January 12, 1976.]

MARTIN WOLFF, *Appellant*, v. COLLEEN ANN BARKER, *Defendant*, LARRY L. NOLTING, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Sno-

homish County, No. 122501, Phillip G. Sheridan, J., entered June 6, 1974. *Affirmed as modified* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and Farris, J.